No. 90–1974. SPARKS v. CHURCHILL DOWNS ET AL. Ct. App. Ky. Certiorari denied. It is further ordered that a rule issue, returnable within 40 days, requiring petitioner to show cause why he should not be sanctioned in the amount of $1,000 for falsifying Exhibits 1 and 3 to his petition. JUSTICE THOMAS took no part in the consideration or decision of this petition and this order.

No. 91–177. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. WOODS. C. A. 11th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 91–391. KARIM v. BOYER. C. A. 10th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 91–212 (A–263). WESTERN PALM BEACH COUNTY FARM BUREAU, INC., ET AL. v. UNITED STATES ET AL. C. A. 11th Cir. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied. Certiorari denied.

No. 91–282. HALAS v. DEPARTMENT OF ENERGY. C. A. Fed. Cir. Certiorari before judgment denied.

No. 91–470. HODGE v. NEW YORK STATE DEPARTMENT OF EDUCATION ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 91–5130. SCOTT v. REARDON ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE KENNEDY would grant certiorari.

No. 91–5452. HARRISON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.